```
                   UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

Robert A. Sabin,              :
      Plaintiff,           :
                            :
  v.                         :        File No. 1:05-CV-290
                            :
Commissioner, Social          :
Security Administration,      :
      Defendant.           :

<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff Robert Sabin, proceeding *pro se* and *in forma pauperis*, has filed a complaint stating that he wishes "to be made whole" and that the "[Social Security Administration is] not cooperating with plaintive [sic]." These are the only factual allegations in the complaint. On November 2, 2005, the Court issued an order requiring Sabin to amend his complaint so that it complies with Federal Rule of Civil Procedure 8(a).[1]  (Paper 2).  The Court warned Sabin that "[f]ailure to properly amend within 20 days may result in the dismissal of this case." <u>Id.</u>

Sabin has not amended his complaint, and 30 days have passed since the Court issued its order.  "'[A]ll

---

[1] Rule 8(a) requires that a complaint include "(1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the plaintiff is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks."

litigants, including *pro ses*, have an obligation to comply with court orders.'" Minotti v. Lesink, 895 F.2d 100, 103 (2d Cir. 1990) (quoting McDonald v. Head Criminal Court Supervisor Officer, 850 F.2d 121, 124 (2d Cir. 1988)).  Furthermore, conclusory allegations without factual support are ripe for dismissal.  See Leeds v. Meltz, 85 F.3d 51, 53 (2d Cir. 1996) ("bald assertions and conclusions of law will not suffice" to withstand a motion to dismiss).  Due to Sabin's failure to amend his complaint, his unsupported claims cannot proceed.  I therefore recommend that this case be DISMISSED without prejudice.  See 28 U.S.C. § 1915(e)(2)(B).

## Conclusion

For the reasons set forth above, I recommend that this case be DISMISSED without prejudice.

Dated at Burlington, in the District of Vermont, this 2nd day of December, 2005.

/s/ Jerome J. Niedermeier
Jerome J. Niedermeier
United States Magistrate Judge

Any party may object to this Report and Recommendation within 10 days after service by filing with the clerk of the court and serving on the magistrate judge and all

parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections.  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See Local Rules 72.1, 72.3, 73.1; 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b), 6(a) and 6(e).